# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF GEORGIA

# SAVANNAH DIVISION

FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

ANTHONY ROBERTS,                    )
                                    )
            Movant,                 )
                                    )
v.                                  )          Case No.  CV405-100
                                    )          [underlying CR403-215]
UNITED STATES OF AMERICA,           )
                                    )
            Respondent.             )

## O R D E R

After a careful <u>de novo</u> review of the record in this case, the Court

concurs with the Magistrate Judge's Report and Recommendation, to which

objections have been filed.  Accordingly, the Report and Recommendation

of the Magistrate Judge is adopted as the opinion of the Court.

**SO ORDERED** this 3 day of _____Oct._____, 2005.

_____
B. AVANT EDENFIELD
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA